IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KERYX BIOPHARMACEUTICALS, INC., and PANION & BF BIOTECH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | C.A. No. 18-2012 (LPS) |
| IN RE AURYXIA (FERRIC CITRATE) PATENT LITIG. | MDL No. 19-2896 (LPS) |

**STIPULATION AND ORDER OF DISMISSAL**

Plaintiffs Keryx Biopharmaceuticals, Inc. and Panion & BF Biotech, Inc., and Defendant Teva Pharmaceuticals USA, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims and counterclaims, defenses, motions and petitions asserted in this Action are dismissed without prejudice;

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

4. This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order; and

5. This Stipulation and Order shall finally resolve the Action between the parties.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| /s/ *Anthony D. Raucci* | /s/ *Nathan R. Hoeschen* |
| Jack B. Blumenfeld (#1014)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>araucci@mnat.com<br>  *Attorneys for Plaintiffs* | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>  *Attorneys for Defendant* |

OF COUNSEL:

Lisa J. Pirozzolo
Emily R. Whelan
Kevin S. Prussia
Timothy A. Cook
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

OF COUNSEL:

Scott J. Bornstein
Richard C. Pettus
Jonathan D. Ball, Ph.D.
Elana Araj
Giancarlo L. Scaccia
GREENBERG TRAURIG LLP
MetLife Building
200 Park Avenue
New York, NY 10166
(212) 801-9200

Jonathan R. Wise
GREENBERG TRAURIG LLP
1717 Arch Street
Suite 400
Philadelphia, PA 19103
(215) 988-7850

May 1, 2020

**SO ORDERED** this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE